# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JENNIFER DARLENE PILCHER AND
JESSE L PILCHER,

Plaintiffs,

v.

FCA US LLC; and DOES 1 through 10,
inclusive,

Defendants.

Case No.: 2:24-cv-03004-DJC-JDP

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

On July 8, 2026, both Parties filed a Joint Stipulation to Continue the Deadline to File Dispositional Documents.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the deadline to file dispositional documents from July 9, 2026, to September 9, 2026; and

-1-

3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, expenses and funding are satisfied.

IT IS SO ORDERED.

Dated:  July 8, 2026                          /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE